DANIEL J. O'DELL v. E. W. BOURNS.

*Error from the District Court of Oklahoma County.*

*Amos Green & Son*, for plaintiff in error.

*L. M. Keys*, for defendant in error.

PER CURIAM: It is admitted by counsel for appellant that this case is in all respects similar, in principle, to the case of *Woodruff v. Wallace*, 3 Okla. 355, and the judgment in such case governs.

The judgment of the lower court is therefore affirmed.